SEALED 



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) Case No. 2:08-MJ-0157 DAD |
| --- | --- |
| Plaintiff, | ) **UNDER SEAL** |
| v | ) |
| [SEALED], | ) |
| Defendant. | ) |

S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit in Support of the Criminal Complaint, and Arrest Warrant, in the above-captioned matter be, and is, hereby ordered SEALED until further order of this Court.

DATED: 4/30/08

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE