**FILED**

JUN 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ) | Mag. No. 08-MJ-0157 DAD |
| ) | |
| Plaintiff, ) | ORDER UNSEALING CRIMINAL |
| ) | COMPLAINT AND AFFIDAVIT IN |
| v ) | SUPPORT OF THE CRIMINAL COMPLAINT |
| ) | |
| CHANCE VIGIL, ) | |
| ) | |
| Defendant. ) | |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 08-MJ-0157 DAD be, and is, hereby ordered **UNSEALED**.

DATED: 6/2/08

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE